HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> ERICSSON, INC., <br><br> Defendant. | NO. C15-0194-JCC <br><br> APPEAL BOND |

 KNOW ALL MEN BY THESE PRESENTS, that We, Plaintiff, United Capital Funding Corp., as Principal, and SureTec Insurance Company, as surety, are held and firmly bound unto Defendant, Ericsson, Inc., a penalty fee not to exceed Forty Six Thousand Nine Hundred Seven and Twenty cents ($46,907.20), for payment of which we bind ourselves, our heirs, executors and administrators, jointly and severally, firmly by these presents.

 The condition of this obligation is: the above-named Principal has entered an appeal to the Ninth Circuit Court of Appeals to review the FINAL ORDER entered in the above case on April 26, 2016.

 NOW THEREFORE, if the Principal shall comply with the FINAL ORDER in full, including costs, interest, fees, and damages for delay, use, detention, and depreciation of property, if the appellate review is dismissed or the FINAL ORDER affirmed, then this obligation shall be null and void; otherwise to remain in full force and effect.

 DATED this 25th day of July, 2016.

APPEAL BOND, NO. C15-0194J-CC – Page 1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

WITNESS our hand and seals this day and year aforesaid.

Executed in the presence of:

_____

SureTec Insurance Company _____ (Surety)

_____
By: David B. Shick
Its: Attorney In Fact and Licensed
Resident Florida Agent

United Capital Funding Corp

_____
Chris Youmans
President

Accepted by:

Clerk of Court

By: _____

Deputy Clerk

POA #: 910023

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

David B. Shick

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for:

Two Hundred, Fifty Thousand and 00/100 Dollars ($250,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment shall continue in force until 9/30/2016 and is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 21st day of March, A.D. 2013.

SURETEC INSURANCE COMPANY

By: _____
John Knox Jr., President

State of Texas    ss:
County of Harris

On this 21st day of March, A.D. 2013 before me personally came John Knox Jr., to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.



Jacquelyn Maldonado, Notary Public
My commission expires May 18, 2017

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this 28th day of June, 2016, A.D.

M. Brent Beaty, Assistant Secretary

Any instrument issued in excess of the penalty stated above is totally void and without any validity.
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:00 am and 6:00 pm CST.

# DECLARATION OF SERVICE

I hereby declare, under penalty of perjury under the laws of the State on Washington, that on the 25th day of July, 2016, a true and correct copy of the foregoing document was served on the following via the Court's ECF filing system:

Michael W. Ullman
Ullman & Ullman, PA
7700 West Camino Real, Suite 401
Boca Raton, FL  33433
Tel:  (561) 338-3535
Fax: (561) 338-3581
michael.ullman@uulaw.net
Attorneys for United Capital Funding Corp.

Suzanne K. Pierce, WSBA No. 22733
Davis Rothwell Earle & Xochihua, PC
520 Pike St., Suite 2500
Seattle, WA  98101-4083
Tel:  (206) 622-2295
Fax: (206) 340-0724
spierce@davisrothwell.com
Attorneys for Ericsson Inc

James T. Yand, WSBA No. 18730
Tara M. O'Hanlon, WSBA No. 45517
Miller Nash Graham & Dunn LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA  98121
Tel:  (206) 624-8300
Fax: 206.340.9599
james.yand@millernash.com
tara.ohanlon@millernash.com
Attorneys for Kyko Global, Inc.

DATED this 25th day of July, 2016.

*/s/ Carolynn Kaiser*
Carolynn Kaiser, Legal Secretary

APPEAL BOND, NO. C15-0194J-CC – Page 5

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822