THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ERICSSON, INC.,<br><br>        Defendant.<br>———————————————<br>ERICSSON, INC.,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>KYKO GLOBAL, INC.,<br><br>        Third-Party Defendant. | CASE NO. C15-0194-JCC<br><br>MINUTE ORDER |

    This matter comes before the Court on the parties' stipulated motion to discharge a supersedeas bond, which the parties scheduled to note on April 4, 2018 (Dkt. No. 131). While the Ninth Circuit Court of Appeals has issued an opinion reversing, remanding, and vacating this Court's judgment, it has not yet issued its mandate. *See United Capital Funding Corp. v. Ericsson Inc.,* Case No. 16-35442, slip op. (9th Cir. Mar. 29, 2018). The Clerk is DIRECTED to

re-note the motion for the day following issuance of the Ninth Circuit's mandate.

DATED this 20th day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C15-0194-JCC
PAGE - 2