THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ERICSSON, INC.,<br><br>        Defendant. | CASE NO. C15-0194-JCC<br><br>MINUTE ORDER |
| ERICSSON, INC.,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>KYKO GLOBAL, INC.,<br><br>        Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Ninth Circuit has reversed and remanded (Dkt. Nos. 130, 133, 134) this Court's summary judgment order (Dkt. Nos. 118, 119). The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself

1 | from further proceedings in this case. The case is to be REASSIGNED in rotation.

2 | DATED this 24th day of April 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C15-0194-JCC
PAGE - 2