UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> ERICSSON, INC., <br><br> Defendant. <br><br> ERICSSON, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> KYKO GLOBAL, INC., <br><br> Third-Party Defendant. | CASE NO. C15-0194JLR <br><br> ORDER DIRECTING A STATEMENT FROM PARTIES |

Before the court is the order of the United States Circuit Court of Appeals for the Ninth Circuit reversing the court's grant of summary judgment and remanding this

| | |
|---|---|
| 1 | matter. (*See* USCA Order (Dkt. # 133); *see also* 4/26/16 Order (Dkt. # 118).) On April |
| 2 | 24, 2018, the Honorable John C. Coughenour recused himself from further proceedings, |
| 3 | and the case was reassigned to the undersigned judge. (*See* Min. Order (Dkt. # 135).) |
| 4 | Three days later, the court granted the parties' stipulated motion to discharge the |
| 5 | previously issued supersedeas bond. (4/27/18 Order (Dkt. # 136).) |
| 6 | The court now ORDERS the parties to jointly file a statement proposing how this |
| 7 | matter should proceed on remand. The parties should attempt to agree in good faith on a |
| 8 | unified approach. If they cannot so agree, they may set forth their separate proposals in |
| 9 | their joint statement. The parties shall file their joint statement within seven (7) days of |
| 10 | the entry of this order. |
| 11 | Dated this 9th day of May, 2018. |

JAMES L. ROBART
United States District Judge