UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED CAPITAL FUNDING CORP., | CASE NO. C15-0194JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ERICSSON, INC., | |
| Defendant. | |
| ERICSSON, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| KYKO GLOBAL, INC., | |
| Third-Party Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

On May 9, 2018, the court ordered the parties to jointly file a statement proposing how this matter should proceed on remand from the United States Circuit Court of Appeals for the Ninth Circuit. (5/9/18 Order (Dkt. # 137) at 1-2.) The parties filed a joint statement, in which the parties proposed different paths forward for this matter. (Jt. Statement (Dkt. # 138) at 2-4.)

The court orders as follows:

1) Defendant and Third-Party Plaintiff Ericsson, Inc. ("Ericsson") shall file a motion to dismiss no later than June 28, 2018.

2) The parties shall file an Amended Case Management Report complying with Federal Rule of Civil Procedure 26(f) no later than August 31, 2018.

Filed and entered this 17th day of May, 2018.

                                    WILLIAM M. MCCOOL
                                    Clerk of Court

                                    s/ Ashleigh Drecktrah
                                    Deputy Clerk