UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> ERICSSON, INC., <br><br> Defendant. <br> ERICSSON, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> KYKO GLOBAL, INC., <br><br> Third-Party Defendant. | CASE NO. C15-0194JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

To address issues raised in the parties' amended case management report (Dkt. # 146), the court orders a status conference on Wednesday, October 31, 2018, at 10:00 a.m. The parties should come prepared to discuss topics including, but not limited to: (1) the status of Defendant Ericsson, Inc.'s ("Ericsson") third-party complaint against Third-Party Defendant Kyko Global, Inc.; (2) the timing of, and limitations on, further discovery; (3) the requests that Ericsson sets forth in the amended case management report, to which Plaintiff United Capital Funding Corp. ("United") does not agree (*see id.* at 6); and (4) the requests that United sets forth in the amended case management report, to which Ericsson does not agree (*see id.* at 6-7).

No later than close of business on Monday, October 29, 2018, the parties shall submit two-page letter briefs to the court addressing the above topics and any other issues they wish to raise at the status conference.

Filed and entered this 23rd day of October, 2018.

                                            WILLIAM M. MCCOOL
                                            Clerk of Court

                                            s/ Ashleigh Drecktrah
                                            Deputy Clerk