UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> ERICSSON, INC., <br><br> Defendant. | CASE NO. C15-0194JLR <br><br> MINUTE ORDER |
| ERICSSON, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> KYKO GLOBAL, INC., <br><br> Third-Party Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the parties' second amended case management report. (2d Am. Case Mgmt. Rep. (Dkt. # 153).) The court sets this matter for trial on February 18, 2020, at 1:30 p.m.

As discussed at the October 31, 2018, status conference, any party who wishes to reopen discovery must file a motion to reopen discovery by November 16, 2018. (*See* Min. Entry (Dkt. # 151).) Pending resolution of any motion to reopen discovery, the court will set dates related to discovery, dispositive motions, and pretrial matters.

Filed and entered this 7th day of November.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk