Honorable James L. Robart
Hearing Date: March 8, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>ERICSSON INC.,<br><br>        Defendants. | NO. 2:15-cv-00194-JLR<br><br>ORDER DENYING THIRD-PARTY DEFENDANT KYKO GLOBAL, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>(~~Proposed~~) |
| ERICSSON INC.,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>KYKO GLOBAL, INC.,<br><br>        Third-Party Defendant. | |

This matter came before the Court on March 7, 2019 on Third-Party Defendant Kyko Global, Inc.'s Motion for Summary Judgment. The Court has considered the pleadings and motion briefing filed in this action, including:

1. Third-Party Defendant Kyko Global, Inc.'s Motion for Summary Judgment.
2. Ericsson Inc.'s Response to Motion for Summary Judgment.

ORDER DENYING THIRD-PARTY DEFENDANT
KYKO GLOBAL, INC.'S MOTION FOR SUMMARY
JUDGMENT - 1

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
520 PIKE STREET, SUITE 2500
SEATTLE, WA 98101
(206) 622-2295

3.   Ericsson Inc.'s Voluntary Dismissal of Third-Party Complaint; ~~and~~

~~4.   Kyko Global, Inc.'s Reply, if any~~.

Third-Party Defendant Kyko Global, Inc.'s Motion for Summary Judgment (Dkt. # 171) is DENIED as moot.

DATED this 7th day of March, 2019.

_____
Honorable James L. Robart

PRESENTED BY:

DAVIS ROTHWELL
EARLE & XÓCHIHUA, PC


/s/ Suzanne Pierce
Suzanne Pierce, WSBA # 22733
Attorneys for Ericsson Inc.


AGREED AS TO FORM;
NOTICE OF PRESENTATION WAIVED:


GORDON REES SCULLY
MANSUKHANI LLP


_____
Sally Kim, WSBA#35289
Allen W. Estes, III, WSBA#34526
Attorney for Plaintiff UCF in
USDC WDWA


MILLER NASH GRAHAM
& DUNN, LLP


_____
Tara M. O'Hanlon, WSBA #45517
James T. Yand, WSBA # 18730
Attorneys for Third-Party Def,
Kyko Global, Inc.

ORDER DENYING THIRD-PARTY DEFENDANT
KYKO GLOBAL, INC.'S MOTION FOR SUMMARY
JUDGMENT - 2

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
520 PIKE STREET, SUITE 2500
SEATTLE, WA 98101
(206) 622-2295

1 | ULLMAN & ULLMAN, P.A.

3 | Michael W. Ullman, Florida Bar #259667
4 | Jared Alan Ullman, Florida Bar # 259667
  | Co-Counsel for United Capital Funding Corp.

ORDER DENYING THIRD-PARTY DEFENDANT
KYKO GLOBAL, INC.'S MOTION FOR SUMMARY
JUDGMENT - 3

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
520 PIKE STREET, SUITE 2500
SEATTLE, WA 98101
(206) 622-2295

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2019, I caused the foregoing document to be filed with the Clerk of the United States District Court for the Western District of Washington using the CM/ECF Filing System, which will send notification to the following:

*Counsel for Plaintiff UCF in USDC WDWA*
Allen W. Estes, III
Sally Kim
Gordon & Rees
aestes@gordonrees.com
zdeatley@gordonrees.com
sallykim@gordonrees.com
fartero@grsm.com

*Counsel for Third-Party Def, Kyko Global, Inc.*
Tara M. O'Hanlon
James T. Yand
Miller Nash Graham & Dunn LLP
Tara.ohanlon@millernash.com
Kristin.martinezclark@millernash.com
James.yand@millernash.com
Gill.fadaie@millernash.com
SeaLitSupport@millernash.com

*Counsel for UCF*
Jared Alan Ullman, Pro Hac Vice
Ullman & Ullman, P.A.
Jared.ullman@uulaw.net
Joshua.brownlee@uulaw.net
Secretary_assistant@uulaw.net
Tami.gordon@uulaw.net
Michael.ullman@uulaw.net
Diana.simon@uulaw.net

SIGNED at Seattle, Washington, on this 4th day of March, 2019.

By: *Kristine Patten*
Davis Rothwell Earle & Xochihua P.C.
520 Pike Street, Suite 2500
Seattle, WA 98101
Phone (206) 622-2295
Fax: (206) 340-0724
E-mail: kpatten@davisrothwell.com

ORDER DENYING THIRD-PARTY DEFENDANT
KYKO GLOBAL, INC.'S MOTION FOR SUMMARY
JUDGMENT - 4

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
520 PIKE STREET, SUITE 2500
SEATTLE, WA 98101
(206) 622-2295