UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORP., <br><br> Plaintiff, <br><br> v. <br><br> ERICSSON INC., <br><br> Defendant. | CASE NO. C15-0194JLR <br><br> ORDER ON NOTICE OF SETTLEMENT |

Before the court is the parties' notice of intent to settle. (Not. (Dkt. # 187).) The parties represent that they "have agreed in principle to resolve and settle this matter" and request that the court suspend all case-related deadlines for 30 days. (*Id.* at 1.) The court finds the parties' request reasonable and therefore SUSPENDS the case schedule for 30 days. The court also ORDERS the parties to notify the court when the settlement is final and to file a stipulation and proposed order of dismissal at that time. If the parties fail to effectuate settlement, then the parties must file a joint status report with the court within

seven days of that occurrence. After receiving the joint status report, the court will reset the remaining unexpired case deadlines, which will likely move trial to late fall 2020.

Dated this 13th day of August, 2019.

The Honorable James L. Robart
U.S. District Court Judge