HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED CAPITAL FUNDING CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ERICSSON, INC.,<br><br>　　　　　Defendant. | NO. 2:15-cv-00194-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL, WITH PREJUDICE** |
| ERICSSON, INC.,<br><br>　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>KYKO GLOBAL, INC.,<br><br>　　　　　Third-Party Defendant. | |

STIPULATION AND ORDER FOR DISMISSAL - 1
No. 2:15-cv-00194-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5111
Facsimile: (206) 689-2822

## STIPULATION

Plaintiff United Capital Funding Corp. ("United"), and Defendant, Ericsson, Inc. ("Ericsson") by and through their respective undersigned counsel, pursuant to the Court's Order on Notice of Settlement (D.E. 188), stipulate and agree as follows:

1. United and Ericsson agree that all claims and counterclaims asserted or that could be asserted between the parties in respect to the subject matter of this action shall be voluntarily dismissed, with prejudice.

2. As part of their settlement, United and Ericsson agree that they each shall bear their own attorneys' fees and costs incurred in this action.

WHEREFORE, Plaintiff United Capital Funding Corporation, and the Defendant, Ericsson, Inc., hereby voluntarily dismiss this action, with prejudice.

Respectfully submitted August 28, 2019.

| ULLMAN & ULLMAN, P.A. | GORDON REES SCULLY MANSUKHANI, LLC |
|---|---|
| BY: /s/ Michael W. Ullman<br>/s/ Jared A. Ullman<br>Michael W. Ullman, Florida Bar No. 259667<br>Jared A. Ullman, Florida Bar No. 90500<br>7700 West Camino Real, Suite 401<br>Boca Raton, FL 33433<br>Telephone: (561) 338-3535<br>Facsimile: (561) 338-3581<br>michael.ullman@uulaw.net<br>jared.ullman@uulaw.net<br>*Co-Counsel for United Capital Funding Corp.* | BY: /s/ Allen W. Estes, III<br>/s/ Sally Kim<br>Allen W. Estes, III, WSBA #34526<br>Sally Kim, WSBA #35289<br>701 Fifth Avenue, Suite 2100<br>Seattle, Washington 98104<br>Telephone: (206) 695-5127<br>Facsimile: (206) 689-2822<br>aestes@grsm.com<br>sallykim@grsm.com<br>*Co-Counsel for United Capital Funding Corp.* |

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:15-cv-00194-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

DAVIS ROTHWELL EARLE & XOCHIHUA

BY: _s/Suzanne K. Pierce_
Suzanne K. Pierce, WSBA #22722
520 Pike Street, Suite 2500
Seattle, WA 98101
Tel: (206) 622-2295
spierce@davisrothwell.com
*Counsel for Ericsson Inc.*

## ORDER

**THIS CAUSE** is before the Court upon the foregoing Stipulation for Dismissal, With Prejudice (the "Joint Stipulation") filed by Plaintiff United Capital Funding Corp. ("United"), and Defendant Ericsson, Inc. ("Ericsson"). The Court has carefully considered the Joint Stipulation, and is otherwise advised in the premises, and the Court hereby reiterates that Kyko Global, Inc., was previously voluntarily dismissed by Ericsson, and is no longer a party to this lawsuit.

Accordingly, it is **ORDERED** as follows:

1. The Joint Stipulation is hereby **GRANTED**.
2. The action is hereby dismissed, with prejudice.
3. United and Ericsson shall each bear their own attorneys' fees and costs incurred in this action.

Dated this 28th day of August, 2019.

_____
THE HONORABLE JAMES L. ROBART
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL - 2
No. 2:15-cv-00194-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822